**Motion Granted; Vacated and Remanded and Memorandum Opinion filed November 9, 2023**



**In The**

# Fourteenth Court of Appeals

## NO. 14-23-00045-CV

## ROSA E. RAMIREZ, Appellant

## V.

## MARIO PADRON, Appellee

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-86516**

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 27, 2022. On March 23, 2023, we abated this appeal to allow the parties pursue mediation. On October 10, 2023, the parties filed a joint motion to set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement to settle. *See* Tex. R. App. P.

42.1(a)(2)(B). Accordingly, we reinstate the appeal and grant the joint motion.

We set aside and vacate the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement. Tex. R. App. P. 42.1(a)(2)(B).

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.